FORM 3. Notice of Appeal from the United States Court of International Trade  Form 3
July 2020

## UNITED STATES COURT OF INTERNATIONAL TRADE

BOSUN TOOLS CO., LTD. et al.

, **Plaintiff,**

v.  Consol. Case No. 18-00102

United States

, **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that the following party/parties* Plaintiff Bosun Tools Co., Ltd. in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 02/24/2021.

Date: 04/23/2021

Signature: /s/ Gregory S. Menegaz
Name: Gregory S. Menegaz
Address: deKieffer & Horgan, PLLC
1090 Vermont Ave NW Suite 410
Washington, DC 20005
Phone Number: 202-783-6900
Email Address: gmenegaz@dhlaw.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.