# United States Court of Appeals for the Federal Circuit

---

**BOSUN TOOLS CO., LTD., DANYANG NYCL TOOLS MANUFACTURING CO., LTD., DANYANG WEIWANG TOOLS MANUFACTURING CO., LTD., GUILIN TEBON SUPERHARD MATERIAL CO., LTD., HANGZHOU DEER KING INDUSTRIAL AND TRADING CO., LTD., JIANGSU YOUHE TOOL MANUFACTURER CO., LTD., QUANZHOU ZHONGZHI DIAMOND TOOL CO., LTD., RIZHAO HEIN SAW CO., LTD., ZHEJIANG WANLI TOOLS GROUP CO., LTD.,**

*Plaintiffs-Appellants*

**CHENGDU HUIFENG NEW MATERIAL TECHNOLOGY CO., LTD.,**

*Plaintiff*

v.

**UNITED STATES, DIAMOND SAWBLADES MANUFACTURERS' COALITION,**

*Defendants-Appellees*

---

2021-1929, 2021-1930

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00102-CRK, Judge Claire R. Kelly.

---

**MANDATE**

_____

In accordance with the judgment of this Court, entered January 10, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

                                            FOR THE COURT

<u>March 3, 2022</u>
     Date                            <u>/s/ Peter R. Marksteiner</u>
                                      Peter R. Marksteiner
                                      Clerk of Court